

| PROB 22 (Rev. 5/2015) | | DOCKET NUMBER (Tran. Court) |
|---|---|---|
| | | 0643 7:12CR00020 |
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER (Rec. Court) |
| | | 17cr516 - FILE |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Tarell Scott | Eastern District of Kentucky | Southern Division at Pikeville |
| FILED SEP 26 2017 KATE BARKMAN, Clerk By _____ Dep. Clerk | NAME OF SENTENCING JUDGE Amul R. Thapar, U.S. District Judge Transferred to Karen K. Caldwell, Chief U.S. District Judge | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 12/2/2016 | TO 12/1/2018 |

**OFFENSE**
Escape

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE    Eastern    DISTRICT OF    Kentucky

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the    Eastern District of Pennsylvania    upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

9/14/17
Date

_Karen K. Caldwell_
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE    Eastern    DISTRICT OF    Pennsylvania

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

FILED
SEP 29 2017
KATE BARKMAN, Clerk
By _____ Dep. Clerk

_____        _____
Effective Date                United States District Judge